UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATURE COAST COLLECTIONS, INC.,

       Plaintiff,

v.                                                                                                  Case No. 8:05-cv-2371-T-24MAP

CONSORTIUM SERVICE MANAGEMENT
GROUP, INC., DONALD S. ROBBINS and
GORDON W. ALLISON,

       Defendants.
_____/

**ORDER**

      This cause comes before the Court on its own. The Clerk is directed to terminate Patricia J. Fokuo and William J. Kohn as counsel for Defendants on the docket sheet. If Patricia J. Fokuo and William J. Kohn wish to represent Defendants in this matter, they must file motions to appear *pro hac vice*, submit the Special Attorney Certification forms, and each pay the $10.00 special admission fee. The Court directs their attention to Local Rule 2.02 which pertains to non-resident attorneys appearing *pro hac vice*.

      On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF. Once Patricia J. Fokuo and William J. Kohn are admitted *pro hac vice* they will need to participate in electronic filing, and as such, they will need to register for CM/ECF and each obtain a password. Patricia J. Fokuo and William J. Kohn can obtain a password from the Court by going to the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once Patricia J. Fokuo and William J. Kohn have registered for CM/ECF, they must also register their email addresses

so that they can receive copies of all Court filings.[1]

**DONE AND ORDERED** at Tampa, Florida, this 13th day of January, 2006.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Peter John Mackey
Matthew B. Taylor
Counsel of Record

---

[1] Counsel can register their email address by logging into CM/ECF, clicking on the "Utilities" tab on the top of the screen, then clicking on the "Maintain Your Account" link, then clicking on the "Email information" tab, and then entering the email address in the space provided.