UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATURE COAST COLLECTIONS, INC.,

       Plaintiff,

v.                                            Case No. 8:05-cv-2371-T-24MAP

CONSORTIUM SERVICE MANAGEMENT
GROUP, INC., DONALD S. ROBBINS and
GORDON W. ALLISON,

       Defendants.
_____/

**ORDER**

This cause comes before the Court for consideration of Defendants' Motion for Leave to File a Short Reply to Plaintiff's Response to Defendants' Motion to Dismiss the Complaint (Doc. No. 20).  Plaintiff filed a motion to strike Defendants' motion to submit a reply and proposed reply (Doc. No. 21).  Defendants filed a response in opposition to Plaintiff's motion to strike (Doc. No. 22).

Having considered the motions, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

    (1)    Defendants' Motion for Leave to File a Short Reply to Plaintiff's Response to Defendants' Motion to Dismiss the Complaint (Doc. No. 20) is **GRANTED**. Defendants shall have to and including March 20, 2006 to file their reply.

    (2)    Plaintiff's motion to strike Defendants' motion to submit a reply and proposed reply is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of March, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record